Elena Steers, State Bar No. 193237
Allen Vaysberg, State Bar No. 248995
Cynthia Gibson, State Bar No. 176594
LAW OFFICES OF STEERS & ASSOCIATES
5900 Sepulveda Blvd., Suite 270
Sherman Oaks, CA 91411
Telephone: (818) 345-9913
Facsimile: (818) 343-6103

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

In re:

EDWARD ALBERTO DIAZ

Debtor.

CHAPTER 13

CASE NO. 1:18-bk-10914-MT

NON-OPPOSITION RE:
NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362
(REAL PROPERTY)

DATE: 08/29/2018
TIME: 11:00 a.m.
COURTROOM: 302
LOCATION: 21041 Burbank Blvd,
Woodland Hills, CA 91367

## NOTICE

TO: THE HONORABLE JUDGE MAUREEN A. TIGHE, ELIZABETH ROJAS, CHAPTER 13 TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Law Offices of Steers & Associates, Attorneys for Debtor, will not be filing opposition to the above referenced motion, inasmuch as the Debtor lacks any opposition.

COUNSEL is, therefore, filing the notice herein in compliance with local Bankruptcy Rules to apprise the court, trustee, and all interested parties as to its position on the matter.

DATED: August 14, 2018

Respectfully submitted,

LAW OFFICE OF STEERS & ASSOCIATES

By: _____
Cynthia Gibson
Attorneys for Debtor

Notice of NonOpposition.doc

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5900 Sepulveda Blvd., Suite 270, Sherman Oaks, CA 91411

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NON-OPPOSITION RE NOTICE AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8/14/2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kelsey X Luu**     ecfcacb@aldridgepite.com, kluu@ecf.inforuptcy.com
- **Elizabeth (SV) F Rojas (TR)**     cacb_ecf_sv@ch13wla.com
- **United States Trustee (SV)**     ustpregion16.wh.ecf@usdoj.gov
- **Kristin A Zilberstein**     ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 8/14/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor: Edward Alberto Diaz, 7432 Oak Park Ave, Van Nuys, CA 91406
Borrower: Carlos Diaz, 7432 Oak Park Avenue, Van Nuys, CA 91406
Junior Lienholder: Quantum Servicing, 6302 E. Dr. Martin Luther King Blvd., Ste 300, Tampa, FL 33619

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/14/2018 | Cynthia Gibson | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE